Wayne TATUM, Plaintiff—Appellant,

v.

UNITED STATES of America; Robert M. Gates, Secretary, United States Department of Defense; Donald C. Winter, Secretary, United States Department of the Navy (each sued in their official capacity only), Defendants— Appellees.

No. 07–1876.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2008.

Decided: April 4, 2008.

Wayne Tatum, Appellant Pro Se.

Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Tatum appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See Tatum v. United States,* No. 1:06-cv-02307-RDB, 2007 WL 2316275 (D.Md. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*